**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Ricky Lewis PRICE, Defendant–
Appellant.**

**No. 08–10656
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

March 6, 2009.

Angie Lee Henson, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Bonita L. Gunden, Assistant Federal Public Defender, Federal Public Defender's Office, Northern District of Texas, Amarillo, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, BARKSDALE, and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Ricky Lewis Price has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Price has responded in a motion to appoint new counsel.

Our independent review of the record, counsel's brief, and Price's response dis-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

closes no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Price's motion for new counsel is DENIED.